ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 4 2007

CLERK, U.S. DISTRICT COURT
By
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREA JARVIS | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-06-CV-0666-B |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), including Petitioners objections, and the District Court has made a *de novo* review of

those portions of the proposed findings and recommendation to which objection was made. The

objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of

the United States Magistrate Judge.

SO ORDERED this 4ᵗʰ day of January, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE